UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br>United States Department of Justice<br>Antitrust Division<br>1401 H Street, N.W. Suite 8000<br>Washington, DC  20530<br><br>    Plaintiff,<br><br>    v.<br><br>**QUALCOMM INCORPORATED,**<br>5775 Morehouse Drive<br>San Diego, CA  92121<br><br>and<br><br>**FLARION TECHNOLOGIES, INC.,**<br>Bedminster One<br>135 Route 202/206 South<br>Bedminster, NJ  07921<br><br>    Defendants. | Civil Action No.  1:06CV00672<br>Judge:  Hon. Paul L. Friedman<br>Date:   April 13, 2006 |

**[PROPOSED] ORDER**

The Court having considered plaintiff United States of America's Motion for Entry of Final Judgment as well as the parties' Stipulation and Final Judgment,

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED, and the Final Judgment shall be entered.

Dated: _____         _____
                                  United States District Judge